**E-FILED**
Wednesday, 07 June, 2006  01:24:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

LORRAINE LERIGER,

   Plaintiff,

v.            No. 05-2052

R.R. DONNELLEY & SONS CO.,

   Defendant.

## STIPULATION OF DISMISSAL

  Plaintiff, Lorraine Leriger, and Defendant, R.R. Donnelley & Sons Company, by and through their attorneys, hereby stipulate to the dismissal of this action with prejudice, each party to bear her or its own attorneys' fees and costs.

Respectfully submitted,


s/ Sara J. Kagay
                An Attorney for Defendant
                R.R. Donnelley & Sons Co.

Richard H. Schnadig
ARDC No. 2495384
Sara J. Kagay
ARDC No. 06286528
Vedder, Price, Kaufman & Kammholz, P.C.
Attorneys for Defendant
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
Telephone:    (312) 609-7500
Facsimile:  (312) 609-5005
E-mail:  rschnadig@vedderprice.com
E-mail: skagay@vedderprice.com


s/ Sean M. Britton
                An Attorney for Plaintiff
                Lorraine Leriger

Sean M. Britton
Ronald Tulin, Ltd.
Attorneys for Plaintiff
609 Monroe
Charleston, IL  61920
Telephone:    (217) 348-8155
Facsimile:  (217) 348-8157
E-mail:  smbritton@abnet.org

- 7 -

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Parties' Stipulation of Dismissal was served on the following:

>Ronald Tulin, Esq.
>Sean M. Britton
>Chris Wetzel
>Ronald Tulin, Ltd.
>609 Monroe
>Charleston, IL  61920

via first class U.S. Mail, with proper first-class postage pre-paid, on the7th day of June, 2006.

s/ Sara J. Kagay
An Attorney for Defendant